UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23154-CIV-SEITZ/SIMONTON

SANDRA RINKER,

        Plaintiff,

v.

CARNIVAL CORPORATION, *et al.*,

        Defendants.
_____/

## ORDER DENYING AS MOOT MOTION TO STRIKE

THIS CAUSE is before the Court on Plaintiff's Motion to Strike the Expert Disclosures and Testimonies of Dr. Barry Hirsch, Dr. Norman Kato, David Williams and Frank Woodrich [DE-199]. Plaintiff subsequently filed a Corrected Motion to Strike the Expert Disclosures and Testimonies of Dr. Barry Hirsch, Dr. Norman Kato, David Williams and Frank Woodrich [DE-200]. Accordingly, it is

ORDERED that Plaintiff's Motion to Strike the Expert Disclosures and Testimonies of Dr. Barry Hirsch, Dr. Norman Kato, David Williams and Frank Woodrich [DE-199] is DENIED as moot.

DONE AND ORDERED in Miami, Florida, this 12th day of December, 2011.

                                                  PATRICIA A. SEITZ
                                                  UNITED STATES DISTRICT JUDGE

cc:    All counsel of record