UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23154-CIV-SEITZ/SIMONTON

SANDRA RINKER,

        Plaintiff,

v.

CARNIVAL CORPORATION, *et al.*,

        Defendants.
_____/

## ORDER GRANTING MOTION TO STRIKE PATEL'S UNTIMELY NOTICE OF JOINDER

THIS CAUSE is before the Court on Plaintiff's Motion to Strike Defendant, Patel's Untimely Notice of Joinder in Carnival Corporation's Motion for Final Summary Judgment [DE-218]. Plaintiff moves to strike Defendant Patel's Notice of Joinder in Carnival Corporation's Motion for Final Summary Judgment because it was filed one day after the deadline for filing summary judgment motions and Patel did not obtain leave of Court to file the Notice after the summary judgment deadline. Defendant Patel has not filed a response to the motion. Upon consideration, it is

ORDERED that Plaintiff's Motion to Strike Defendant, Patel's Untimely Notice of Joinder in Carnival Corporation's Motion for Final Summary Judgment [DE-218] is GRANTED. The Clerk is directed to STRIKE Defendant Patel's Notice of Joinder in Carnival Corporation's Motion for Final Summary Judgment [DE-212].

DONE AND ORDERED in Miami, Florida, this 12 day of December, 2011.

                                                      PATRICIA A. SEITZ
                                                      UNITED STATES DISTRICT JUDGE

cc:      All counsel of record